UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| TAYLOR & FULTON PACKING, LLC, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) Case No.:  12-cv-30010 |
| v. | ) |
| | ) Hon. Michael A. Ponsor |
| M & S TOMATO REPACKING COMPANY, INC., LORRIE CHRUSCIEL, individually, THANAS DELIS, individually and UNITED BANK, | ) |
| | ) Mag. Judge Kenneth P. Neiman |
| | ) |
| | ) |
| | ) |
| Defendants. | |

**PROPOSED AGREED ORDER
MODIFYING THE PACA CLAIMS PROCEDURE**

Taylor & Fulton Packing, LLC (the "Plaintiff"), commenced the present action against the defendants, M&S Tomato Repacking Company, Inc. (the "Company"), Lorrie Chrusciel, individually ("L. Chrusciel"), Thanas Delis, individually ("T. Delis")( L. Chrusciel and T. Delis are collectively referred to as the "Principals"), and United Bank (the "Bank").

Counsel for the Plaintiff, counsel of intervening plaintiff, West Coast Tomato, LLC. ("West Coast") and the Bank's Counsel have conferred in an attempt to conserve fees and costs, as well as the Court's time in connection with this action. The parties have now reached an agreement regarding (1) the modification to the PACA Claims Procedure (D.E. # 32)and (2) validity of all claims against the Company which are entitled to trust beneficiary status under the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499t (2009 & Supp. 2011) (the "PACA").

Accordingly, **IT IS STIPULATED AND AGREED,** by and between the Plaintiff, West Coast and the Bank as follows:

A) Since only two (2) PACA claimants filed proofs of claims, the parties agree to modify the PACA Claims Procedure to allow for an accelerated resolution of this matter.

B) The parties do not object to the validity of the PACA claims of West Coast and Plaintiff (D.E.#s 40 & 42 respectfully) and agree both claims are valid trust claims under PACA. Plaintiff and West Coast are PACA trust beneficiaries of the Company and T. Delis and are entitled to all inventory of perishable agricultural commodities ("Produce") and accounts receivable held in the Company's name, including the $28,000.00 in this Honorable Court's registry (collectively the "PACA Trust Assets").

Based on the foregoing, **IT IS HEREBY ORDERED, as follows:**

1. Plaintiff has a valid PACA trust claim against the Company and T. Delis for $91,317.44, plus post-judgment interest at the contract rate of 18% A.P.R.

2. Plaintiff's pro rata share of the PACA Trust Assets is 38%.

3. West Coast Tomato has a valid PACA claim against the Company and T. Delis for $148,983.77, plus post-judgment interest at the contract rate of 18% A.P.R.

4. West Coast's pro rata share of the PACA Trust Fund is 62%.

5. Before the PACA Trust Assets are distributed, Plaintiff is granted leave to file a common fund application for attorney fees to be paid out of the PACA Trust Funds.

6. The parties are free to file objections to Plaintiff's common fund application.

7. Upon distribution of the PACA Trust Funds, the Bank is to be dismissed with prejudice as a party.

**IT IS SO ORDERED.**

Date: February Feb. 19, 2013

Hon. Michael A. Ponsor
UNITED STATES DISTRICT JUDGE

**STIPULATED & AGREED:**

TAYLOR & FULTON PACKING, LLC,

By: _____
One of Its Attorneys

Kevin P. Kelley, Esq.
KEATON LAW FIRM, P.C.
707 Lake Cook Road, Suite 300
Deerfield, Illinois 60015

By: _____

Hope Button, Esq.
DENNER PELLEGRINO, LLP
265 State Street
Springfield, Massachusetts 01103

UNITED BANK

By: _____
One of Its Attorneys

Jesse W. Belcher-Timme
DOHERTY, WALLACE, PILLSBURY &
MURPHY
1414 Main Street
One Monarch Place
Springfield, Massachusetts 01144-1002

WEST COAST TOMATO, LLC.

2/8/13

By: _____
One of Its Attorneys

Blake A. Surbey,
MCCARRON & DIESS
4530 Wisconsin Avenue, N.W., Suite 301
Washington D.C. 20015

By: _____ for JOHN J. HARTIGAN, signed with permission

John J. Hartigan
LAW OFFICE OF JOHN J HARTIGAN, PC
Napping Building
97 Central Street
Suite 204
Lowell, Massachisetts 01852

IT IS SO ORDERED.

Date: February _____, 2013

_____Hon. Michael A. Ponsor
UNITED STATES DISTRICT JUDGE

**STIPULATED & AGREED:**

TAYLOR & FULTON PACKING, LLC,   WEST COAST TOMATO, LLC.

By:_____   By:_____
   One of Its Attorneys                 One of Its Attorneys

Kevin P. Kelley, Esq.                Blake A. Surbey,
KEATON LAW FIRM, P.C.                MCCARRON & DIESS
707 Lake Cook Road, Suite 300        4530 Wisconsin Avenue, N.W., Suite 301
Deerfield, Illinois 60015            Washington D.C. 20015


By:_____   By:_____

Hope Button, Esq.                    John J. Hartigan
DENNER PELLEGRINO, LLP               LAW OFFICE OF JOHN J HARTIGAN, PC
265 State Street                     Napping Building
Springfield, Massachusetts 01103     97 Central Street
                                     Suite 204
                                     Lowell, Massachusetts 01852

UNITED BANK

By:_____
   One of Its Attorneys

Jesse W. Belcher-Timme
DOHERTY, WALLACE, PILLSBURY &
MURPHY
1414 Main Street
One Monarch Place
Springfield, Massachusetts 01144-1002