UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| TAYLOR & FULTON PACKING, LLC, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) Case No.: 12-cv-30010 |
| v. | ) |
| | ) Hon. Michael A. Ponsor |
| M & S TOMATO REPACKING COMPANY, | ) |
| INC., LORRIE CHRUSCIEL, individually, | ) Mag. Judge Kenneth P. Neiman |
| THANAS DELIS, individually and UNITED | ) |
| BANK, | ) |
| | ) |
| Defendants. | ) |

## ~~PROPOSED~~ ORDER FOR FINAL DISBURSEMENT
## OF DEFENDANT'S PACA TRUST ASSETS

Taylor & Fulton Packing, LLC (the "Plaintiff"), commenced the present action against the defendants, M&S Tomato Repacking Company, Inc. (the "Company"), Lorrie Chrusciel, individually ("L. Chrusciel"), Thanas Delis, individually ("T. Delis")( L. Chrusciel and T. Delis are collectively referred to as the "Principals"), and United Bank (the "Bank").

Counsel for the Plaintiff, counsel of intervening plaintiff, West Coast Tomato, LLC. ("West Coast") and the Bank's Counsel have conferred in an attempt to conserve fees and costs, as well as the Court's time in connection with this action. The parties have now reached an agreement regarding the cost of Plaintiff's common fund fee application and final disbursement of the PACA Trust Assets, currently held in the Court's Registry.

Accordingly, **IT IS STIPULATED AND AGREED,** by and between the Plaintiff, West Coast and the Bank as follows that Plaintiff is awarded $10,000.00 from the PACA Trust assets for its common fund efforts to collect the PACA Trust Assets and set up the PACA Claims Procedure.



**IT IS FURTHER ORDERED** that the Clerk of the U.S. District Court and the Court's Financial Administrator shall immediately disburse funds from the Court's Registry as follows:

1. Plaintiff is awarded $10,000.00 as its common fund fees and costs for implementing the PACA Trust Claims Procedure. The disbursement check shall be made payable to "Keaton Law Firm Client Trust" and mailed to: Keaton Law Firm, P.C., 707 Lake Cook Road, Suite 300, Deerfield, Illinois 60015.

2. The remaining balance after deducting the common fund fee award and the Clerk's administrative fee assessed upon any and all accrued interest as of the date of this disbursement Order, shall be disbursed as follows: A) 38% to the Plaintiff, Taylor & Fulton Packing, LLC. payable to "Keaton Law Firm Client Trust" and mailed to: Keaton Law Firm, P.C., 707 Lake Cook Road, Suite 300, Deerfield, Illinois 60015, and; B) 62% to West Coast Tomato, LLC payable to "McCarron & Diess Client Trust" and mailed to: McCarron & Diess, 4530 Wisconsin Ave., #301, Washington, D.C. 20016.

3. Upon final distribution of the PACA Trust Funds in this manner, the Court will dismiss the Bank with prejudice and close this case.

**IT IS SO ORDERED.**

Date: March 14, 2013

Hon. Michael A. Ponsor
UNITED STATES DISTRICT JUDGE

2

**STIPULATED & AGREED:**

TAYLOR & FULTON PACKING, LLC,    WEST COAST TOMATO, LLC.

By: _____    By: _____ March 5, 2013
   One of Its Attorneys                 One of Its Attorneys

Kevin P. Kelley, Esq.            Blake A. Surbey, Esq.
KEATON LAW FIRM, P.C.            MCCARRON & DIESS
707 Lake Cook Road, Suite 300    4530 Wisconsin Avenue, N.W., Suite 301
Deerfield, Illinois 60015        Washington D.C. 20015

Hope Button, Esq.                John J. Hartigan, Esq.
DENNER PELLEGRINO, LLP           LAW OFFICE OF JOHN J HARTIGAN, PC
265 State Street                 Napping Building
Springfield, Massachusetts 01103 97 Central Street
                                 Suite 204
                                 Lowell, Massachisetts 01852

UNITED BANK


By:_____
   One of Its Attorneys

Jesse W. Belcher-Timme, Esq.
DOHERTY, WALLACE, PILLSBURY &
MURPHY
1414 Main Street
One Monarch Place
Springfield, Massachusetts 01144-1002

3

**STIPULATED & AGREED:**

TAYLOR & FULTON PACKING, LLC,   WEST COAST TOMATO, LLC.


By:_____   By:_____
      One of Its Attorneys         One of Its Attorneys

Kevin P. Kelley, Esq.   Blake A. Surbey, Esq.
KEATON LAW FIRM, P.C.   MCCARRON & DIESS
707 Lake Cook Road, Suite 300   4530 Wisconsin Avenue, N.W., Suite 301
Deerfield, Illinois 60015   Washington D.C. 20015


Hope Button, Esq.   John J. Hartigan, Esq.
DENNER PELLEGRINO, LLP   LAW OFFICE OF JOHN J HARTIGAN, PC
265 State Street   Napping Building
Springfield, Massachusetts 01103   97 Central Street
      Suite 204
      Lowell, Massachisetts 01852

UNITED BANK

By:_____
      One of Its Attorneys

Jesse W. Belcher-Timme, Esq.
DOHERTY, WALLACE, PILLSBURY & MURPHY
1414 Main Street
One Monarch Place
Springfield, Massachusetts 01144-1002